IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANDREW LEE MCCLINTON (BOP Register No. 30882-077), | § § § | |
| Movant, | § § | |
| V. | § § | No. 3:16-cv-1427-N |
| UNITED STATES OF AMERICA, | § § § | |
| Respondent. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Because the Court is transferring this successive habeas application to the United States Court of Appeals for the Fifth Circuit for appropriate action, the Court need not address whether Movant is entitled to a certificate of appealability ("COA"). *See United States v. Fulton*, 780 F.3d 683, 688 (5th Cir. 2015) ("[A] transfer order under 28 U.S.C. § 1631 is not a final order within the meaning of [28 U.S.C.] § 2253(c)(1)(B), and the appeal of such an order does not require a COA.").

But in the event Movant will file a notice of appeal, the Court notes that

Movant must pay the filing fee or file a motion for leave proceed *in forma pauperis* on appeal.

SO ORDERED this 6th day of July, 2016.

                                                                    DAVID C. GODBEY
                                                                    UNITED STATES DISTRICT JUDGE